**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Blue Ridge Electric Cooperative, Inc., Petitioner,

v.

Kathleen J. Gresham, Respondent.

Appellate Case No. 2015-001836

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal From Greenville County
R. Lawton McIntosh, Circuit Court Judge

---

Memorandum Opinion No. 2016-MO-032
Submitted November 15, 2016 – Filed December 7, 2016

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Larry C. Brandt, of Larry C. Brandt, P.A., of Walhalla; Steven W. Hamm and Jo Anne Wessinger Hill, both of Richardson Plowden & Robinson, P.A., of Columbia; all for Petitioner.

Kathleen Jennings Gresham, of Landrum, Pro Se Respondent.

———————

**PER CURIAM:**  We granted Blue Ridge Electric Cooperative, Inc.'s petition for a writ of certiorari to review the decision of the Court of Appeals in *Blue Ridge Elec. Coop. v. Gresham*, Op. No. 2015-UP-031 (S.C. Ct. App. filed Jan. 14, 2015).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED**.

**PLEICONES, C.J., BEATTY, HEARN and FEW, JJ., concur. KITTREDGE, J., not participating.**